SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
KATHLEEN M. HURLY Bar No. 169907
kathleen.hurly@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Michael Burton, M.B., and Kira Davis<br><br>Defendants. | CASE NO. 1:08−CV−01719−AWI−SMS<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM PURSUANT TO F.R.C.P. 17(C) FOR MINOR DEFENDANT; DECLARATION OF RUTH E. BASTA; AND DECLARATION OF KATHLEEN M. HURLY** |

At the request of defendants, plaintiff METROPOLITAN LIFE INSURANCE

COMPANY ("MetLife") presents this Petition to appoint Ruth E. Basta ("Basta") Guardian ad

Litem for minor M.B. ("M.B.") on the following grounds:

1.      MetLife filed the above-referenced Complaint in Interpleader against Michael

Burton, Sr.,  M.B., and Kira Davis, for the purpose of resolving their competing claims for life

insurance benefits payable under the terms of the Davita Inc. Health and Welfare Plan (the "Plan

Benefits") as a consequence of the death of Rhonda Burton (Mr. Burton, Sr.'s former wife and

M.B.'s and Ms. Davis' mother.)

2.      M.B., a minor who is ten (10) years of age (date of birth January 7, 1999) does not

have the capacity to act of his own behalf in defending and settling this action.  (See Declaration

of Ruth E. Basta ("Basta Decl.") at para. 1-2.)

3.      Ruth E. Basta is M.B.'s grandmother.  Ms. Basta is a competent and responsible

PDF created with pdfFactory trial version www.pdffactory.com

1 person who is willing to act as Guardian ad Litem for her grandson for purposes of resolving this

2 Interpleader action (see Basta Decl. at ¶¶ 3 & 4); and

3        4.       No prior application for the appointment of a Guardian ad Litem has been made

4 and no guardian has yet been appointed to act on behalf of M.B. in this action; and

5        5.       Plaintiffs have no interest in the Plan Benefits, except to ascertain that they are

6 paid in accordance with the terms of the Plan and ERISA.

7        6.       Defendants, none of whom is represented by counsel and none of whom have

8 appeared yet in this action, told plaintiff's counsel that they would like to settle this action and

9 have agreed to distribution of the Plan Benefits. Michael Burton, Sr. was properly paid

10 $34,666.66 (33%) of the Plan Benefits on or about December 5, 2005. Benefits in the amount of

11 $69,333.39, plus any applicable interest, remain payable as a consequence of the death of the

12 decedent (Remaining Plan Benefits). Defendants informed plaintiff's counsel that they have

13 agreed to distribution of the Remaining Plan Benefits as follows: 1/2 of the Remaining Plan

14 benefits to M.B. and 1/2 of the Remaining Plan benefits to Kira Davis. When informed that a

15 minor should be represented by a Guardian ad Litem, for purposes of compromising a minor's

16 claim, defendants requested MetLife's assistance in presenting this petition, seeking to name Ms.

17 Basta as M.B. Guardian ad Litem for purposes of the action ("Hurly Decl.") at ¶¶ 3-5); and

18        7.       Plaintiffs take no position on whether this Court should appoint Ms Basta or

19 another person as M.B.'s Guardian ad Litem but only present this Petition at defendants' request

20 to potentially facilitate settlement without unnecessary litigation. (See Declaration of Kathleen M.

21 Hurly ("Hurly Decl.") at ¶ 5).

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

1        Wherefore, at defendants' request MetLife presents this Petition for Ms. Basta,

2  grandmother of defendant M.B., who has consented to act as guardian and who is qualified to do

3  so, be appointed Guardian ad Litem of M.B. so that she may appear and defend this suit and/or to

4  enter into a release and settlement on M.B.'s behalf.

5

6  DATED:  March_30, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

7

8

9                    By:  /s/ Kathleen M. Hurly

                       Rebecca A. Hull

10                   Kathleen M. Hurly

                     Attorneys for Plaintiff

11                   Metropolitan Life Insurance Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

# DECLARATION OF RUTH E. BASTA

I, Ruth E. Basta, hereby declare as follows:

1.      I am the grandmother of minor Michael Burton, Jr. (M.B.), a defendant in this action.  The matters here are stated based on my personal knowledge and, if called upon to do so, I could and would testify competently to them.

2.  M.B. is a minor who is ten (10) years of age whose date of birth is January 7, 1999.

3.  I am familiar with the dispute giving rise to this litigation.

4.  I consent to act as my grandson's Guardian ad Litem for purposes of this lawsuit.  I understand that in that role, I am to represent his interests, not my own.  I further understand that, if appointed Guardian ad Litem, I will have authority to enter into a settlement and release of claims on his behalf and that such release will be fully binding on him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 15th day of March 2009 at Vacaville, California.


     /s/ Ruth E. Basta (original signature on file)
     Ruth E. Basta

## DECLARATION OF KATHLEEN M. HURLY

I, Kathleen M. Hurly, declare:

1. I am an attorney admitted to practice before all the courts of the State of California and am a partner in the law firm of Sedgwick, Detert, Moran & Arnold, attorneys of record for Metropolitan Life Insurance Company. I have personal knowledge of the facts set forth in this declaration, except those facts specifically asserted on information and belief. If called as a witness, I could and would testify as set forth herein.

2. I am informed and believe that M.B. is a minor who is ten (10) years of age whose date of birth is January 7, 1999.

3. I have been told by M.B.'s father that Mr. Burton and his family have agreed to split the Plan Benefits among them, 1/3 each. Mr. Burton, Sr. has already been paid his 1/3 of the total plan benefits. I am told the remaining plan benefits will be split equally between the decedent's children.

4. Mr. Burton told me that defendants did not want to litigate this action and wanted to settle it instead of appearing. When I explained the need for a Guardian ad Litem to settle any claim of the minor defendant M.B., Mr. Burton asked me to present this Petition to the Court for this Court's consideration of M.B.'s grandmother as Guardian ad Litem.

///
///
///
///
///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1    5.  Plaintiff takes no position on whether Ms. Basta should be appointed Guardian ad

2    Litem but only present this Petition at defendants' request to potentially facilitate settlement

3    without unnecessary litigation.

4         I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true and correct.  Executed this 30th day of March 2009 at San Francisco, California.

6

7                                              /s/ Kathleen M. Hurly
                                              Kathleen M. Hurly

8

9

10                                          ORDER

11        The petition for an order appointing Ruth E. Basta as Guardian ad Litem for petitioner is

12   GRANTED.

13        IT IS SO ORDERED.

14

15   Dated:  4/10/2009                          /s/ Sandra M. Snyder
                                              SANDRA M. SNDYER
16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com