Shane M. Cahill, # 227972
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
KIRA DAVIS

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BURTON, M.B. and KIRA DAVIS,<br><br>Defendants. | Case No. 1:08-CV-01719-SMS<br><br>**ORDER APPROVING PETITION TO COMPROMISE THE DISPUTED CLAIM OF MINOR MICHAEL BURTON, JR. AND TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**<br><br>Date: February 22, 2010<br>Time: 10:00 a.m.<br>Magistrate Judge: Sandra M. Snyder |

The parties to this lawsuit reached a settlement, the terms of which are set forth in the General Release executed by Michael Burton, Sr. on November 2, 2009, by Kira Davis on August 10, 2009 and by M.B., Jr., a minor, by and through his duly appointed Guardian ad Litem Ruth E. Basta, on November 2, 2009 (the "General Release."). The General Release provided for payment by MetLife of $34,667.67, plus any applicable interest, to M.B., Jr. and, because he is a minor, the General Release required that the compromise of M.B., Jr.'s claim must be approved by this Court.

The petition of Ruth Basta, as guardian ad litem for M.B., Jr. to approve the compromise of M.B., Jr.'s claim and to deposit funds into a blocked account or blocked accounts came on for hearing on February 22, 2010, at 10:00 a.m. in Courtroom 7 of the above-entitled court. Ruth Basta, as guardian ad litem for M.B., Jr., M.B., Jr., Michael Burton, Sr., and attorney Shane

1522759.v1
1525686.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER APPROVING PETITION AND
TO DEPOSIT MONEY INTO BLOCKED ACCOUNT 1:08-CV-01719-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Cahill were all present. Counsel for Metropolitan Life Insurance Company ("MetLife"), Kathleen Hurly, appeared via telephone. Ruth Basta was sworn in and voire dire was conducted by Shane Cahill regarding the petition approving the compromise of the claim asserted by M.B., Jr. Good Cause appearing to grant the Petition, the COURT ORDERS AS FOLLOWS:

1. The petition is granted and the proposed disposition of the proceeds of the settlement on behalf of M.B.Jr. is approved. The gross amount of the settlement (as set forth in the General Release) in favor of M.B., Jr. is **$34,666.67,** plus any applicable interest.

2. METROPOLITAN LIFE INSURANCE COMPANY shall disburse the proceeds of the settlement in accordance with the General Release. Payment of the compromise of the claim of M.B., Jr., which is approved by this order, shall be paid in the following manner:

(a) Pursuant to Probate Code § 3600 *et. seq.*, MetLife shall pay the amount of $34,666.67, plus any applicable interest, by one or more checks or drafts, drawn payable to the order of Ruth Basta, as trustee and Guardian ad Litem for M.B., Jr. Each such check or draft must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of Ruth Basta, as trustee for Claimant M.B., Jr.

(b) Fees and expenses shall be paid by Ruth Basta, as trustee and Gaurdian ad Litem for M.B., Jr. by one or more checks or drafts, drawn payable to the order of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, which are hereby authorized to be paid out of the proceeds of the settlement in the amount of $1,131.00 for attorneys' fees, $350.00 for costs, for a total of $1,520.00.

3. Within 48 hours of receipt of a check or draft described in item 2(a), the petitioner must deposit the check or draft in the petitioner's name as trustee for the claimant in one or more blocked accounts at Travis Federal Credit Union, 2020 Harbison Drive, Vacaville, CA 95867 (707-449-4000).

4. The petitioner must deliver to each depository a copy of this order, and a copy of the *Receipt and Acknowledgement of Order to Deposit Money Into a Blocked Account* ("receipt"). The petitioner must provide a copy of the receipt to counsel Shane Cahill for filing within 15 days of the deposit. The sole responsibilities of petitioner are to place the balance in a blocked account

1522759.v1
1525686.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER APPROVING PETITION AND
TO DEPOSIT MONEY INTO BLOCKED ACCOUNT 1:08-CV-01719-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

or accounts and to timely provide counsel Shane Cahill with a copy of the receipt for filing. Counsel Shane Cahill shall file the receipt within 5 days of receipt.

5. The blocked account or accounts belong to claimant. Each account shall indicate the name of the minor that owns the account. The minor was born on January 8, 1999. No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years, which shall be on January 7, 2017. When the minor attains the age of 18 years, the depository, without further court order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

**IT IS SO ORDERED.**

Dated:  March 10, 2010           /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

PDF created with pdfFactory trial version www.pdffactory.com