Shane M. Cahill, # 227972
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
KIRA DAVIS

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL BURTON, M.B. and KIRA DAVIS,<br><br>            Defendants. | Case No.  1:08-CV-01719-SMS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(ii)] |

IT IS HEREBY ORDERED that, based on the stipulation of the parties, plaintiff METROPOLITAN LIFE INSURANCE COMPANY and defendants MICHAEL BURTON, M.B. and KIRA DAVIS, by and through their respective counsel of record, that the action styled "*Metropolitan Life Insurance Company v. Michael Burton, et al.* (Case No.  1:08-CV-01719-AWI-SMS) is dismissed, with prejudice, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), with each side to bear its own attorneys fees and costs.

Dated:  June 11, 2010                        /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1551131.v1

PDF created with pdfFactory trial version www.pdffactory.com